IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20229-LEIBOWITZ

**RESTEM, LLC,**

    *Plaintiff,*

v.

**NEUVIAN, LLC, et al.,**

    *Defendants.*

_____/

### NOTICE RE-SETTING HEARING

**PLEASE TAKE NOTICE** that a hearing on Defendants' Motion for Sanctions [ECF No. 25] and Defendants' Motion to Dismiss [ECF No. 26] is re-scheduled for **Tuesday, June 17, 2025, at 2:00 p.m.** Counsel of record must appear in person at the Courtroom on the 9th Floor of the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave., Miami, FL 33128.

**DONE AND ORDERED** in the Southern District of Florida on May 30, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record